# **Exhibit A**

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| The Mazel Company P.O. Box 772625 Detroit, MI 48277-2625 | Christmas Tree Shops LLC | 2/10/2023 | $100,000.00 | Vendors |
| The Mazel Company P.O. Box 772625 Detroit, MI 48277-2625 | Christmas Tree Shops LLC | 2/17/2023 | $100,000.00 | Vendors |
| The Mazel Company P.O. Box 772625 Detroit, MI 48277-2625 | Christmas Tree Shops LLC | 2/24/2023 | $100,000.00 | Vendors |
| The Mazel Company P.O. Box 772625 Detroit, MI 48277-2625 | Christmas Tree Shops LLC | 3/3/2023 | $50,000.00 | Vendors |
| The Mazel Company P.O. Box 772625 Detroit, MI 48277-2625 | Christmas Tree Shops LLC | 3/6/2023 | $33,551.44 | Vendors |
| | | | $383,551.44 | |