**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 968** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs. | |
| COASTAL CONSTRUCTION CORP., | Adv. Proc. No. 25-50835 (TMH)<br>**Ref. Docket No. 21** |
| GRANITE TELECOMMUNICATIONS, LLC, | Adv. Proc. No. 25-50828 (TMH)<br>**Ref. Docket No. 12** |
| DENNIS J. MOSNER PHOTOGRAPHY, | Adv. Proc. No. 25-50840 (TMH)<br>**Ref. Docket No. 14** |
| M.E. CONSTRUCTION, INC., | Adv. Proc. No. 25-50842 (TMH)<br>**Ref. Docket No. 10** |
| SIRIUS COMPUTER SOLUTIONS, LLC, | Adv. Proc. No. 25-50864 (TMH)<br>**Ref. Docket No. 12** |
| TOOLSGROUP, INC., | Adv. Proc. No. 25-50867 (TMH)<br>**Ref. Docket No. 8** |
| T.C. MILLWORK, INC., | Adv. Proc. No. 25-50873 (TMH)<br>**Ref. Docket No. 22** |
| THE LINDY BOWMAN COMPANY, | Adv. Proc. No. 25-50880 (TMH)<br>**Ref. Docket No. 18** |

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

| | |
|---|---|
| THE MAZEL COMPANY,<br><br>Defendants. | Adv. Proc. No. 25-50888 (TMH)<br>**Ref. Docket No. 21** |

**NOTICE OF AGENDA FOR HEARING ON JULY 13, 2026**
**AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE NOTE: THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER:**

1. *Fourth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements* [Filed June 4, 2026; Docket No. 961; Adv. Proc. Docket Nos. Various].

**Response Deadline**: June 22, 2026

**Responses**: None

**Related Documents**:

(a) Certificate of No Objection Regarding Fourth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements [Filed June 23, 2026; Docket No. 967; Adv. Proc. Docket Nos. Various].

(b) [Signed] Order Granting Regarding Fourth Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Settlement Agreements [Filed Junen 25, 2026; Docket No. 968; Adv. Proc. Docket Nos. Various].

Status: An order has been entered resolving this matter. No hearing is necessary.

Dated: July 9, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel for the Chapter 7 Trustee*